UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JAMIE SIMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 13-288-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| WELTMAN, WEINBERG AND REIS, CO., LPA, and JOHN DOES 1 through 10 Inclusive, | ) ) ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Jamie Simpson, by counsel, has filed a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure prior to any responsive pleading having been filed. [Record No. 5] The Court being sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED**, with prejudice, and **STRICKEN** from the Court's docket.

This 16th day of December, 2013.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge